UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number:08-10047-CIV-MARTINEZ-WHITE**

JOHN M. BELLARD,
    Petitioner,

vs.

WALTER A. MCNEIL,
    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C § 2254.  Magistrate Judge White filed a Report **(D.E. No. 17)**, recommending that Petitioner's petition be dismissed as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2) and in the alternative, denied.  The Court has reviewed the entire file and record and notes that no objections have been filed.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 17)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1.    Petitioner's petition for writ of habeas corpus is dismissed as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2) and in the alternative, denied.

2.    This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of April, 2009.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
John M. Bellard